470 A.2d 110

**LOCAL 730, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF the PLUMBING AND PIPE FITTING INDUSTRY, et al.**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW**

and

**Trane Company, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Dec. 30, 1983.

## ORDER

PER CURIAM:

And now this 30th day of December, 1983, it is hereby directed that the above matter is to be reargued at the April, 1984 Session of Court in Philadelphia.